UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UN4 PRODUCTIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:17-cv-01710-RLY-DML |
| | ) |
| DOES 1-11, | ) |
| | ) |
| Defendants. | ) |

## Order on Motion for Leave to Conduct Discovery

Plaintiff UN4 Productions, Inc. moves (Dkt. 4) the court to conduct discovery in advance of a Rule 26(f) conference through the service of a non-party subpoena on an Internet Service Provider ("ISP") to learn the identities of the persons—now named as defendants Does 1-11—whose Internet Protocol ("IP") addresses correspond to the dates and times that those IP addresses participated in the alleged copying or distribution of a creative work (a motion picture titled "Boyka: Undisputed 4") for which the plaintiff asserts it is the holder of the copyright. Being duly advised, the court GRANTS IN PART AND DENIES IN PART the motion as follows:

1. Plaintiff may serve a non-party subpoena on the ISP identified on Exhibit B to its complaint (Dkt. 1-2) to obtain discovery directed at learning the identities and contact information of the persons whose IP addresses are identified on Exhibit B.

2. Information provided to the plaintiff in response to a subpoena may be used solely in connection with this litigation.

3. Absent further order of the court, plaintiff is not granted leave to conduct follow-up, or further, discovery based on or arising out of the information

      learned in response to the subpoena served on the ISP and with respect to the IP addresses specifically identified on Exhibit B.

4. This order does not foreclose the ISP on which a subpoena is served to move the court to quash or modify the subpoena under Fed. R. Civ. P. 45. Plaintiff must attach a copy of this Order to the subpoena.

So ORDERED.

Date:    5/24/17

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the court's ECF system